No. 71–1179. AMOCO PRODUCTION CO. *v.* WAECHTER ET AL.;

No. 71–1188. CITIES SERVICE OIL CO. *v.* MATZEN ET AL.; and

No. 71–1326. FEDERAL POWER COMMISSION *v.* MOBIL OIL CORP. ET AL., 406 U. S. 976. Petitions for rehearing denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.

No. 71–1232. LANDERMAN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 406 U. S. 967. Motion to dispense with printing petition for rehearing granted. Motion for leave to file petition for rehearing denied.

No. 71–1291. CHANDLER, U. S. DISTRICT JUDGE *v.* BATTISTI, CHIEF JUDGE, U. S. DISTRICT COURT, 406 U. S. 956. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 71–1411. LII *v.* SIDA OF HAWAII, INC., ET AL., 408 U. S. 930. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

No. 71–1435. STATE DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES OF FLORIDA ET AL. *v.* ZARATE ET AL., 407 U. S. 918. Petition for rehearing or in the alternative for clarification of lower court opinion denied.